HICKS *v.* ELLIS.

GILBERT, Justice. The case came to this court by direct bill of exceptions. A motion to dismiss the writ of error was based on the ground that there was no exception to any judgment rendered. On inspection of the record the contention is found to be correct. The motion to dismiss must be sustained. *Writ of error dismissed. All the Justices concur.*

No. 11399. JUNE 12, 1936.

*Joseph C. Caldwell Jr.,* for plaintiff.
*F. M. Gleason* and *Rosser & Shaw,* for defendant.